# Motion and Order for Admission *Pro Hac Vice*

UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

| Division | Houston | Case Number | 4:19-cv-00110 |
|---|---|---|---|

| Gilbert Sanchez |
|---|
| *versus* |
| Enterprise Offshore Drilling LLC and Smart Fabricators of Texas, LLC |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Mallory G. Wynne<br>Gordon & Rees, LLP<br>909 Poydras Street, Suite 1860<br>New Orleans, LA 70112<br>(504) 528-3088 /mwynne@grsm.com<br>Texas: 24106920; Louisiana 33851<br>Texas Federal Bar No. 2861037 |
|---|---|

| Name of party applicant seeks to appear for: | Enterprise Offshore Drilling LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/11/2019 | Signed: *(signature)* Mallory G. Wynne |
|---|---|

The state bar reports that the applicant's status is:

Dated: _____   Clerk's signature

**Order**   This lawyer is admitted *pro hac vice.*

Dated: _____   _____
United States District Judge