United States District Court
Southern District of Texas
**ENTERED**
February 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GILBERT SANCHEZ § § § | |
| VS. § § § | CA NO. 4:19-cv-00110 |
| ENTERPRISE OFFSHORE DRILLING LLC AND SMART FABRICATORS OF TEXAS, LLC § § § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL DISMISSAL AGAINST DEFENDANT ENTERPRISE OFFSHORE DRILLING LLC WITHOUT PREJUDICE

On this day, came on to be considered Plaintiff's Motion for Partial Dismissal Without Prejudice. Having reviewed the Motion, the Court is of the opinion that the Motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that all claims asserted by Plaintiff in this cause against Defendant Enterprise Offshore Drilling LLC, only, are dismissed without prejudice.

SIGNED in Houston, Texas on _February 11_, 2019.

_____
HON. LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE