United States District Court
Southern District of Texas
**ENTERED**
June 18, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GILBERT SANCHEZ, § § Plaintiff, § § v. § CIVIL ACTION NO. H-19-110 § ENTERPRISE OFFSHORE DRILLING § LLC and SMART FABRICATORS OF § TEXAS LLC, § § Defendants. § | |

**FINAL JUDGMENT**

For the reasons stated in the court's Memorandum and Opinion issued on the same day, this action is dismissed with prejudice. This is a final judgment.

SIGNED on June 18, 2019, at Houston, Texas.

_____

Lee H. Rosenthal
Chief United States District Judge