# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| GILBERT SANCHEZ | § § § | |
| VS. | § § § § | CA NO. 4:19−cv−00110 |
| ENTERPRISE OFFSHORE DRILLING LLC AND SMART FABRICATORS OF TEXAS, LLC | § § § | |

### NOTICE OF APPEAL

Plaintiff Gilbert Sanchez appeals to the United States Court of Appeals for the Fifth Circuit from the following orders issued by this Court:

1. March 25, 2019 Memorandum and Order denying Sanchez's motion to remand (Doc. 19);

2. June 18, 2019 Memorandum and Opinion granting summary-judgment against Sanchez (Doc. 26); and

3. June 18, 2019 Final Judgment (Doc. 27).

>Respectfully submitted,
>
>**THE BUZBEE LAW FIRM**
>
>By: */s/ Andrew Dao*
>      Anthony G. Buzbee
>      State Bar No. 24001820
>      Federal Bar No. 22679
>      Andrew Dao
>      State Bar No. 24082895
>      Federal Bar No. 2368172
>      Cornelia Brandfield-Harvey
>      State Bar No. 24103540
>      Federal Bar No. 3323190
>      JPMorgan Chase Tower
>      600 Travis Street, Suite 7300
>      Houston, Texas 77002
>      Tel: (713) 223-5393
>      Fax: (713) 223-5909
>      tbuzbee@txattorneys.com
>      adao@txattorneys.com
>      cbrandfield-harvey@txattorneys.com
>      www.txattorneys.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument has been duly served upon all known counsel of record in accordance with the Federal Rules of Civil Procedure on ***July 16, 2019.***

>      */s/ Andrew Dao*
>      Andrew Dao